UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
EDWARD GODDARD,

                          Plaintiff,

      -against-

NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK),

                         Defendant.
---------------------------------------------------------------- X

**NOTICE OF WITHDRAWAL**

19-cv-10182-PGG-DCF

      **PLEASE TAKE NOTICE** that Jamar Q. Green hereby withdraws his appearance on behalf of defendant National Railroad Passenger Corporation ("Amtrak") in the above-captioned action on the following grounds:

      1.    As of September 15, 2020, Jamar Q. Green is no longer with the law firm of Landman Corsi Ballaine & Ford P.C.;

      2.    All other counsel at Landman Corsi Ballaine & Ford P.C. who have appeared in the case will remain as counsel on behalf of defendant Amtrak; and

      3.    Defendant Amtrak has been notified of his withdrawal.

Dated:  New York, New York
           August 17, 2021

                                            Yours,

                                            LANDMAN CORSI BALLAINE & FORD P.C.

                                            By:    */s/ Ronald E. Joseph*
                                                     Ronald E. Joseph
                                                     Attorneys for Defendant Amtrak
                                                     120 Broadway, 13th Floor
                                                   New York, New York 10271
                                                   (212) 238-4800

SO ORDERED.

*[signature: Paul G. Gardephe]*
_____
Paul G. Gardephe
United States District Judge
August 18, 2021

4842-9411-1222v.1