UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD GODDARD,

                Plaintiff,

- against -

NATIONAL RAILROAD PASSENGER
CORPORATION ("AMTRAK"),

                Defendant.

**ORDER**

19 Civ. 10182 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Trial in this matter will begin on **August 15, 2022**, at 9:30 a.m. in Courtroom 705 of the Thurgood Marshal United States Courthouse, 40 Foley Square, New York, NY.  The parties are directed to comply with this Court's Individual Rules concerning the preparation of a joint pretrial order.  The joint pretrial order, motions in <u>limine</u>, requested <u>voir</u> <u>dire</u>, and requests to charge are due on **July 15, 2022**.  Responsive papers, if any, are due on **July 22, 2022**.

        By **June 24, 2022**, the parties will submit a joint letter updating the Court on the status of settlement.

Dated:  New York, New York
          May 6, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge